# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Ashok Kumar

CRIMINAL COMPLAINT
CASE: 19-34399MP
Citizenship: INDIA

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 08, 2019, at or near Lukeville, Arizona, in the District of Arizona, Ashok KUMAR, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1), a petty misdemeanor.

On or about September 10, 2019, agents found Ashok KUMAR in the United States of America at or near Cowlic, Arizona without the proper immigration documents. Furthermore, Ashok KUMAR admitted to illegally entering the United States of America from Mexico on or about September 08, 2019, at or near Lukeville, Arizona at a time and place other than designated by immigration officials.

File Date: 09/12/2019

at Tucson, Arizona

Ubaldo G Soto, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 09/12/2019

**D Thomas. Ferraro**
**Magistrate Judge**

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | JUDGE'S MINUTES |

Date: 09/12/2019    Case Number: 19-34399MP

USA vs. Ashok Kumar
Magistrate Judge: D THOMAS. FERRARO    Judge AO Code: 70BU
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: N/A
Attorney for Defendant: Rodolfo Valenzuela (CJA)

PROCEEDINGS: [X] STATUS HEARING/ATTORNEY APPOINTMENT HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense    [X] Date of Arrest: 09/10/2019

OTHER: Rodolfo Valenzuela (CJA) is appointed as attorney of record for defendant. Upon Oral Motion of the Government to Dismiss the Complaint, IT IS ORDERED, Governments Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without Prejudice.

|  |  |
|---|---|
| Recorded by Courtsmart | Status Hrg: 1 |
| BY: Rose Chavez | Atty Appt: 0 |
| Deputy Clerk | |
| Start: 1:35 PM Stop: 2:06 PM | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 19-34399MP |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Ashok Kumar, | ) | |
| Defendant. | ) | |

The United States has orally moved to dismiss the Complaint against the defendant, Ashok Kumar. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED Without Prejudice.

DATED: Thursday, September 12, 2019.

D Thomas. Ferraro
Magistrate Judge

Arresting Agency: TCA